## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**JATESE WILLIAMS,**                     Civil File No. **2:12-cv-02584-JTM-JPO**

        **Plaintiff,**

**vs.**                                         **STIPULATION OF DISMISSAL**
                                             **WITH PREJUDICE**

**NCO FINANCIAL SYSTEMS, INC.,**

        **Defendant.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Jatese Williams, and the defendant, NCO Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: <u>April 17, 2013</u>                By: <u>/s/J. Mark Meinhardt</u>
                                       J. Mark Meinhardt #20245
                                       9400 Reeds Road, Suite 210
                                       Overland Park, Kansas 66207
                                       Telephone:    (913) 451-9797
                                       Facsimile:    (913) 451-6163
                                       Email:        Mark@MeinhardtLaw.com
                                       ATTORNEY FOR PLAINTIFF

Dated: <u>April 17, 2013</u>                By: <u>/s/Paul M. Croker</u>
                                       Paul M. Croker, #21627
                                       Wallace, Saunders, Austin, Brown & Enochs, Chtd.
                                       10111 W. 87th Street
                                       Overland Park, Kansas 66212
                                       Telephone:    (913) 752-5567
                                       Fax:          (913) 888-1065
                                       Email:        pcroker@wallacesaunders.com
                                       ATTORNEY FOR DEFENDANT